Court's Copy   -1-   Original

United States District Court, District of Columbia

**FILED**
JUL 11 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

R228769

MR. MOSES BELL for treatment for
(Plaintiff) woh, oe

vs.

CITY OF WASHINGTON,
ANTHONY WILLIAMS, Mayor
CHARLES RAMCE, Chief of Police, Washington, D.C.
COMMANDING OFFICER, (hereinafter C.O.), Sixth District
Police Precint, (name unknown),
PATRICK DAVIS, Police Officer, Sixth District Police Precent,
IMMEDIATE SUPERVISIOR, (name unknown), of Patrick Davis,
DAVID TOCKER, Police Officer, Sixth District Police Precent.
(Defendants)
In their Individual and Official Capacity

CASE NUMBER 1:05CV01372
JUDGE: James Robertson
DECK TYPE: Civil Rights (non-employment)
DATE STAMP: 07/11/2005

JURY ACTION

**RECEIVED**
JUN 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I. Complaint

Moses Bell, Pro Se, presently held at Correctional Treatment Facility / Correctional Corporation of America (hereinafter CTF/CCA, 1901 E Street, S.E., Washington D.C. 20003. For the Complant states as follows:

II. Parties, Jurisdiction And Venue

2. Mr. Moses Bell was a resident of 846 HR Drive, S.E. Washington, D.C. 20030    In the District of Columbia on and about August 31, 2004. Plaintiff is currently being held at CTF/CCA, located at 1901 E Street, S.E. Washington D.C. 20003, housing location Medical 96, cell 19-1A

3. Plaintiff, Moses Bell, is and was at all times mentioned herein, and adult citizen of the United States and a resident of the District of Columbia.

4. Defendant, City of Washington, D.C., is and was at all relevant

times herein a municipal corporation of the District of Columbia.

5. Defendant Anthony Williams, is and was at all relevant times herein, Mayor of the City of Washington, D.C.

6. Defendant Charles Ramsey, is and was at all relevant times herein the Chief of Police, for the City of Washington, with the responsibility of operating and maintaining order, safety and obedience to all laws governing within the District of Columbia. Including but not limited to, the actions and inactions of civil servants, as well as all laws governing in and around the sixth district police precinct. (Covering: Civil Servants as well as Civilians)

7. Defendant C.O., is and was at all relevant times herein, the Commanding Officer of the Sixth District Police Precinct, for the District of Columbia. As C.O., this defendant is responsible for managing its day to day operations and executing its policies and procedures, and oversees all operations, as well as officers training and conduct.

8. Defendant Patrick Davis, was at all relevant times, employed as a Police Officer for the Sixth District Police Precinct, for the City of Washington, D.C., and was assigned duties at the Sixth District Police Precinct.

9. Defendant, Immediate Supervisor, of defendant Patrick Davis, was at all relevant times herein, the Immediate Supervisor of defendant Patrick Davis and was responsible for the line officers under his direct supervision at the Sixth District Police Precinct.

10. Defendant David Tucker, was at all relevant times herein, employed as a Police Officer by the Sixth District Police Precinct of the City of Washington, D.C., and was assigned duties at the Sixth District Police Precinct.

11. This action arises under and is brought pursuant to 42 U.S.C. Section 1983 to remedy the deprivation, under color of state law, of right guaranteed by the Eighth and Fourteenth Amendments

to the United States Constitution. This Court has jurisdiction over this action pursuant to 28 U.S.C. Section 1331.

12. Plaintiff claims for injunction relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

13. This Cause of Action arose in the District of Columbia, Therefore, venue is proper in the federal Court, under 28 U.S.C. Section 1391(b).

### II. Previous Lawsuits by Plaintiff

14. Plaintiff has filed no other lawsuit with the same facts involved in this action or otherwise relating to his arrest.

15. Plaintiff re-allege and incorporate by reference, paragraphs 1 through 14 herein.

16. At all relevant times herein defendants were 'persons' for purposes of 42 U.S.C. Section 1983 and acted under color of law to deprive plaintiff of his constitutional rights, as set forth below.

### Statement of Facts.

17. On Tuesday, August 31, 2004, at appro. 4:10 pm at 301 37th St. in S.E. Washington, D.C.

18. While at Greenway Shopping Center, After shopping, I ran into a friend (here in after, passenger), (police records will reflect his identify).

19. Passenger asked me to give him a ride up the street so he could pick up some money from his girlfriend, and I did so.

20. In the process of giving passenger a ride, all was okay. And I reached his destination (37th Place) and pulled over to let passenger out of my car (a 1986 Nissan).

21. Shortly afterwards defendant came up on the drivers side, I didn't see him approaching, but I felt someone reaching into the car and reach over my lap.

22. I then jumped, and defendant Davis backed-up and for no reason at all fired shots into my vehicle, stricking me twice in the left shoulder.

23. In fear of my life now, thinking the defendant was trying to kill me

for no reason at all. I pulled off and drove around the block to Ely Place (3720 Ely Place, S.E.), to get away from this defendant.

24. I then parked my car, while in great pain and bleeding profusely, I got out of my car and walked up the hill, observed two people walking (names unknown), and asked them for help.

25. They refused to help me (probably because of the blood coming from me). I then sat under the stairs by the hill near 3720 Ely Place.

26. I then used my cell phone (which was later confiscated by police) to call my cousin (Alfonzo Jennings), to come help me, because I was afraid and I told him the police had just shot me and I asked him to hurry up and come to me because were now probably looking for me, and I was afraid that they would find me and kill me (reference is being made to defendant P. Davis). So I wanted my cousin to get to me first.

27. And the reason is unknown why defendant P. Davis fired shots into my car, striking me. So I could only think the worse, which was that for some unknown reason, he would find me and kill me.

28. By the time my cousin got there, to me, I was apprehended by the police. And while being strapped to a carrying wheelchair and being taken to the ambulance, I spotted my cousin behind the news cameras. I was then transported to Howard University Hospital.

29. While at Howard Univ., the doctor (name unknown), said I had an in and out flesh wound, and a bullet was broken-up into fragments. (While at Howard Univ., I was never told bullet(s) were still lodged in my arm - please remember).

30. Several hours later, I was released by the doctors, to the care of the police, who took me to Sixth District police station, while enroute to said precinct, the transporting officers were making lud, offensive and threatening remarks (e.g. "it was not us who shot you, because if it was us you would be dead)". And their tactics and behavior is well known to be ill-got. And while being transported the officers, the same (name unknown) caused

the car to jerk alot and such movement, which was intentionally and unnecessarily done, reopen my gunshot wound (done by defendant P. Davis) causing it to bleed again.

31. When I reached the Sixth District Police Precinct, I was bleeding profusely, while being processed and standing at the desk. And a different officer said I had to go back to the hospital because I was bleeding heavily.

32. I was then transported to Greater South East Hospital, where my arm was rebandaged, and I was given more medication, and once again released to the Sixth district police officers, who did not transport me to Sixth district police precinct, but transported me to Central Cell-Block, where I was taken to court, and then transported, later, to D.C. Jail.

33. During processing, it was determined that I was to be housed over at CTF/CCA (where I now at), because of my gunshot injuries, which was caused by defendant Patrick Davis.

34. While receiving treatment for my arm, here at CTF/CCA, during my admission, an xray of my arm was taken, and I was shown the xray picture of my arm, which captured a bullet and some fragments, from the second bullet. (Which Howard Univ. neglected to treat, detect or inform me of).

35. Said fragments and bullet still remains in my lefte shoulder.

## Prayer For Relief

36. Plaintiff request that this Court hold all defendants liable for their actions and/or inactions by violating plaintiffs fourth and fourteenth Amendments under the Constitution of the United States.

37. Plaintiff request an Order declaring that all defendants have acted in violation of the Constitution of the United States.

38. Plaintiff request an injunction, compelling defendants Patrick Davis and David Tucker to cease working as police officers because of their very unprofessional, illegal and unconstitutional conduct.

38(a) Patrick Davis for shooting me twice, and his partner David Tucker

for such illegal and unconstitutional actions occur, and his inaction of not stopping him. Thus, his actions & inactions are in violations.

39. Plaintiff request an injunction holding the defendants City of Washington, D.C.; Mayor Anthony Williams; Commanding Officer of Sixth District Police Precinct; as well as the Immediate Supervisor of defendants Patrick Davis and David Tucker, liable for their failure to properly supervise their employees and to protect the plaintiff against cruel, inhumane and unusual punishment. And their inactions to properly discipline defendants Davis and Tucker.

40. Plaintiff respectfully request the sum of Two and a half Million dollars ($2,500,000), as compensatory damages for the pain and suffering caused by the defendants; City of Washington, D.C.; Mayor Anthony Williams; Commanding Officer of the Sixth District Police Precinct (name still unknown); as well as the Immediate Supervision of defendants P. Davis and D. Tucker, (name still unknown), for his/her inactions of failure to properly supervise defendants P. Davis and D. Tucker, as well as disciplining and not properly training said two defendants.

41. Plaintiff respectfully request the sum of Two and a half Million dollars ($2,500,000), in punitive damages from defendants Patrick Davis and David Tucker for their actions, and to deter them from repeating this type of unprofessional, illegal, and unconstitutional behavior.

And for whatever other relief as this Court deems fair, just and proper.

_Moses Bell_
(Signature of Plaintiff)

Moses Bell
(Plaintiff Name Printed)

Swore to before me this
14th day of June, 2005

_Phoenix C. Ishmon_
(Notary Public)

Phoenix C. Ishmon
Notary Public, District of Columbia
My Commission Expires 07-31-2006