-1-

FILED
JUL 11 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court, District of Columbia

MOSES BELL — Declaration In Support of
(Plaintiff)    Request To Proceed In Forma
   vs.             Pauperis        05 1372
CITY OF WASHINGTON, D.C., et. al.
   (Defendants)    Civil Action No. _____

I, Moses Bell, am the petition/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. Pizza Hut, Forestville, Maryland, $546.00 per month

2. IF you are NOT PRESENTLY EMPLOYED state the date of last employment and amount of the salary per month which you received AND how long the employment

2

- 2 -

lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO. 2004, again $546.00, for appro. 1 month

3. Have you ever received, within the past twelve months, any money from any of the following sources?
   a. Business, profession, or form of self-employment? No
   b. Rent payments, interest, or dividends? No
   c. Pensions, annuities, or life insurance payments? No
   d. Gifts or inheritances? No
   e. Any form of public assistance? No
   f. Any other sources? No

   If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

4. Do you own any cash or do you have money in a checking or savings account? yes $32.24 (Including any funds in prison accounts ($32.24) If the answer is yes, state the total value owned.

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishing and clothing)? No
   If the answer is yes, describe the property and state its approximate value.

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute towards their support at the present time. Keyshawn Woolen (daughter), but she is no dependent

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people. none

8. State any special financial circumstances which the court should consider in this application. Because due to the gun shot wound, I'm now in a medical facility, and my limitation in my left shoulder is very very small, and I will probably always be handicap because of this

-3-

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of June, 20 05

*Moses Bell*
(Signature of Plaintiff/Petitioner)

Moses Bell
(Plaintiff/Petitioner's Name Printed)

Sworn to before me, this 7th day of June, 2005

*Phoenix C. Ishmon*                    VOID
(Notary Public)                    (Witness Signature)

Phoenix C. Ishmon
Notary Public, District of Columbia
My Commission Expires 07-31-2006