-1-

United States District Court, District of Columbia

FILED
JUL 11 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MR. MOSES BELL
(Plaintiff)

Application for Apt. of Counsel

vs.

Civil Action No. 05 1372

CITY OF WASHINGTON, D.C., et. al.,
(Defendants)

District of Columbia, )
City of Washington D.C. ) SS.: 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

1. Name of applicant Mr. Moses Bell

2. Explain why you feel you need a lawyer in this case. Because I am a lay-person, whose education is limited. And I don't understand the many and proper ways to handle this meritorious case, which can be won by me if I'm given counsel.

3. Explain what steps you've taken to find an attorney and with what results. I've called over two dozen private attorneys as well as legal aid programs. And either I can't afford the private attorneys, or the legal aid programs, does not handle such matters.

4. If you need a lawyer who speaks in a language other than English, state what language you speak. Only English.

I declare under the penalties of perjury that the answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the courts.

3

I understand that if my answers on my application to proceed in Forma Pauperis are false, my case can be dismissed

*Moss Bell*
(Signature of Plaintiff)

Moses Bell
(Plaintiff's Name Printed)

Sworn to before me this 14th day of June, 2005

*Phoenix C. Ishmon*
(Notary Public)

Phoenix C. Ishmon
Notary Public, District of Columbia
My Commission Expires 07-31-2006