United States District Court
For the District of Columbia

**FILED**
JUL 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1372

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: __Mr. Moses Bell__ v. __City of Washington, D.C. et, al.__

Civil Action No. _____

I, __Mr. Moses Bell__ # __278-769__, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)  the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)  the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $150 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $150.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

4