U.S. DISTRICT COURT, DISTRICT of COLUMBIA

MR. MOSES BELL # 278-769
(Plaintiff)

Application for Appointment of Counsel

vs.

Civil Action No. 05-1372 JR

CITY OF WASHINGTON, D.C., et al.,
(Defendants)

1. Name of applicant: Moses Bell

2. Explain why you feel you need a lawyer in this case? Because I was unjustifiably shot by a civil servant, and the merits of this case (above mentioned) are great and in my favor. But I am a lay person who is very ignorant of the law and civil procedures and won't be able to proper express my legal grounds.

3. What have you tried to do to find/get a lawyer? I've written over ten (10) private attorneys, three (3) have written back stating they will need a substantial payment in order to begin on my case. But I have no money to do so. And I've written and called several legal aid societies. But they've only told me they don't handle my kind of case.

4. Name any other language you speak other than English? I only speak English

I declare under the penalty of perjury that the answers to the foregoing questions are true to the best of my knowledge.

RECEIVED
JUL 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I understand that if I'm assigned an attorney, and my attorney learns, either from myself or elsewhere, that I can afford an attorney, the attorney may give this information to the court.

I understand that if my answers on my Application to Proceed In Forma Pauperis are false, my case can be dismissed.

I hereby waive my privilege of attorney-client privilege/confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Procedures Regarding Appointment of Attorneys in my case

City of Washington, D.C.
Dated: 7-14-05

_____
(Signature of Plaintiff)


Moses Bell
(Plaintiff's Name Printed)