UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOSES BELL,                              :

    Plaintiff,                           :

       v.                                 :        Civil Action No. 05-1372 JR

DISTRICT OF COLUMBIA, *et. al.*,

    Defendants.                        :

## CONSENT MOTION OF DEFENDANTS DISTRICT OF COLUMBIA AND OFFICER DAVID TUCKER FOR ADDITIONAL TIME WITHIN WHICH TO ANSWER THE COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendants District of Columbia and David Tucker move for an extension of 60 days to respond to the complaint herein.

The grounds for this motion are more fully set forth in the attached memorandum of points and authorities. Because plaintiff is incarcerated, defendants were not able seek plaintiff's consent as required by LCvR 7.1(m).

                                              Respectfully submitted,

                                              ROBERT J. SPAGNOTLETTI
                                              Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General, Civil Litigation Division

                                              _____

                                              HOLLY JOHNSON
                                              Chief, General Litigation Section III

                    Steven J Anderson
                    Assistant Attorney General
                    Bar no. 334480
                    Suite 600s
                    441 4th Street, NW, Room 6S109
                    Washington, DC  20001
                    (202) 724-6607
                    (202) 727-3625 (fax)
                    E-mail: Steve.anderson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion together with supporting documents, was mailed, postage prepaid, this 14th day of September, 2005, to:

Moses Bell
Inmate number 2278769
CCA Correctional Treatment Facility
1901 E Street,SE
Washington, D.C. 20003

                    Steven J. Anderson, AAG

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOSES BELL, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1372 JR |
| DISTRICT OF COLUMBIA, *et. al.*, | | |
| Defendants. | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DEFENDANTS DISTRICT OF COLUMBIA OFFICER DAVID TUCKER FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND THE COMPLAINT

In the Superior Court of the District of Columbia, the District and its employees are allowed 60 days to answer a complaint. Super.Ct.Civ.R. 12(a)(3). The same time is allowed the United States in both Superior Court and United States District Courts. *Id.;* Fed.R.Civ.P. 12(a)(3). This timing is more appropriate for both governmental entities such as the District, given the time necessary to forward court documents, to contact knowledgeable employees and to investigate the allegations of a complaint.

The instant complaint seeks damages for a shooting which occurred on August 31, 2004, in the District of Columbia. Undersigned counsel needs additional time to collect the relevant information and to interview witnesses. Accordingly, 60 additional days to respond to plaintiff's complaint is requested.

Under all the circumstances described, it is requested that the Court grant the relief sought herein.

Respectfully submitted,

ROBERT J. SPAGNOTLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____
HOLLY JOHNSON
Chief, General Litigation Section III

 _____
Steven J Anderson
Assistant Attorney General
Bar no. 334480
Suite 600s
441 4th Street, NW, Room 6S109
Washington, DC  20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOSES BELL, | : | |
|     Plaintiff, | : | |
|         v. | : | Civil Action No. 05-1372 JR |
| DISTRICT OF COLUMBIA, *et. al.*, | | |
|     Defendants. | : | |

## ORDER

Upon consideration of defendant District of Columbia and Officer Tucker's motion for additional time within which to respond to plaintiff's complaint, the memorandum in support thereof, and any of opposition thereto, it is by the Court, this ____ day of _____ , 2005,

ORDERED: that defendants' motion be, and the same hereby is, granted; and it is further

ORDERED: defendants District of Columbia and Officer Tucker may respond to plaintiff's complaint, within 60 days after the date of this order.

                                                                                _____
                                                                                James Robertson
                                                                                 Judge, United States District Court
                                                                                 For the District of Columbia

**Copies to:**

Moses Bell
Inmate number 2278769
CCA Correctional Treatment Facility
1901 E Street,SE
S.E.,Washington, D.C. 20003

Steven J Anderson
Assistant Attorney General
Suite 600s
441 4th Street, NW, Room 6S109
Washington, DC  20001