United State District Court
of the

District of Columbia

I Moses Bell am writing this letter to inform the Court that I am no longer houses at the CCA/CTF facility and I would like for the court to forward all my mail to the new facility.

( River Correctional Institution )
P.O. Box 630
Winton North Carliorua
27986

THANK YOU.

MOSES BELL 278-769

Fed number. 04961-007

*[signature: Mos Bell]*

05-1372 JR - ?