To: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I Moses Bell am writing the court to let them know that I have received these document on the 25th of October 2005, and also informing the court to my knowledge that Doctrick Davis of the 6th District Police Department, know longer works with this Department and I don't have his address or anywhere about of this officere, all I have is his previous work address, which is the 6th District address.

Thank You,
Mr. Moses Bell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOSES BELL
        Plaintiff(s)

vs

Civil Action No. 05-1372 JR

CITY OF WASHINGTON, DC, ET AL
        Defendant(s)

### ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

PATRICK DAVIS-MPD        Anthony Williams Mayor
David Tucker - MPD       City of Washington DC
Commanding Officer - MPD
Immediate Supervisor - MPD

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by October 26, 2005    Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_____
UNITED STATES DISTRICT JUDGE

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOSES BELL

VS.                                      C.A. No. 05-1372 JR

CITY OF WASHINGTON, DC, ET AL

PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name: PATRICK DAVIS - MPD

Defendant's address: 6th District Precinct 100 42nd St. NE

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____