UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOSES BELL,           )
                      )
    Plaintiff,        )
                      )   Civil Action No. 05-1372 (JR)
    v.                )
                      )
CITY OF WASHINGTON, D.C., et al., )
                      )
    Defendants.       )
_____)

### ORDER

Pursuant to Local Rule 5.1(e), the Court ordered plaintiff to provide the full name and address of defendant Patrick Davis. In response to that order, plaintiff stated that he does not have a current address for the defendant. Accordingly, it is

**ORDERED** that defendant Patrick Davis is **DISMISSED**.

_____
JAMES ROBERTSON
United States District Court

DATE: 12/1/05