05-1372 JR

I Moses Bell AM Reponding to the order
Of Dismiss order (20) by City Washington DC.
I will not Dissmiss the City of Washington DC
from my Case And David Tucker has already been
Dissmiss from my Case And I would like to know
weather Patrick Davis has been Located.

Thank You

Moses Bell