UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MOSES BELL,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1372 (JR) |
| **CITY OF WASHINGTON, D.C., et al.,** | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Plaintiff brought this action *pro se*. The Court has determined that it would be useful to have the assistance of appointed counsel from the from the Court's Civil Pro Bono Panel. It is

**ORDERED** that counsel be appointed to represent the plaintiff pursuant to Local Rule 83.11.

JAMES ROBERTSON
United States District Court