

05-1372-JR

I Moses Bell am writing the honorable
Court to find out the progress of my
Civil Case and to see have I been appointed
Counsel And If So I would like to Know
who to Contact and to let the court Know
that I am now being house at D.C Jail
for the Time being.

Thank you
Moses Bell 278-769
M-Bell

1901 D St. SE
WDC 20003

RECEIVED

MAR 31 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT