UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOSES BELL, )
 )
    Plaintiff, )
 )
v. )   Civil Action No. 05-1372 (JR)
 )
CITY OF WASHINGTON, D.C., )
et al., )
 )
    Defendants. )

**ORDER**

FILED

JUL 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In accordance with the Memorandum Opinion issued this day, it is

ORDERED that the motion to dismiss filed by the District of Columbia and David Tucker [20] is GRANTED.

Defendants District of Columbia and David Tucker are DISMISSED.

JAMES ROBERTSON
United States District Judge

DATE: 7/10/06