UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOSES BELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1372 JR |
| | : | |
| DISTRICT OF COLUMBIA, *et. al.*, | : | |
| | : | |
| Defendants. | : | |

## MOTION TO QUASH PROOF OF SERVICE ON THE COMMANDING OFFICER OF THE SIXTH DISTRICT

Comes now defendant District of Columbia ("the District"), by and through undersigned counsel and moves pursuant to FRCP 12(b)(5) and 4(e)(2) to quash plaintiff's proof of service and dismiss the Complaint as against defendant "Commanding Officer of the Sixth District" ("Commanding Officer"). The basis for this motion is that this defendant was not properly served with the Summons and Complaint in this matter and the period allowed for service has expired. *See* FRCP 4(m).

Defendant Commanding Officer was not properly served as described on plaintiff's Process Receipt and Return of Service filed in this case. Rather, the United States Marshal served the Summons and Complaint upon another MPD Officer, Officer T.D. Bradley. Hence, a copy of the Summons and Complaint was not personally delivered to defendant Commanding Officer, nor was a copy left at his or her dwelling. Service upon this defendant was improper and defendant Commanding Officer must accordingly be dismissed from this case. Additional explanation for this motion is set forth in the attached Memorandum of Points and Authorities.

Respectfully submitted,

ROBERT J. SPAGNOTLETTI
Attorney General for the District of Columbia
GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

1

_____
HOLLY JOHNSON
Chief, General Litigation Section III


_____
Steven J. Anderson
Assistant Attorney General
Bar no. 334480
Suite 600s
441 4th Street, NW, Room 6S109
Washington, DC  20001
(202) 724-6607 (202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Quash Proof of Service on Commanding Officer Sixth District, Memorandum of Points and Authorities, and proposed Order was mailed postage prepaid to plaintiff's attorney at the following address on this \_\_ day of July, 2006:

Moses Bell
R04961-007
RIVER CORRECTIONAL INSTITUTION
P.O. Box 630
Winton, NC 27986


_____
Steven J. Anderson
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOSES BELL, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1372 JR |
| DISTRICT OF COLUMBIA, *et. al.*, | : | |
| Defendants. | : | |

## MEMORANDUM OF POINTS AND AUTHORITY

Moses Bell brings this action *pro se* against Anthony Williams, Charles Ramsey, and the Commanding Officer of the Sixth District ("Commanding Officer").[1]  Mr. Bell alleges that he is a victim of an unlawful shooting by Officer Davis.  The complaint alleges a violation of plaintiff's Constitutional rights under 42 U.S.C. § 1983.

Pursuant to FRCP 12(b)(5), the Court must dismiss plaintiff's Complaint against defendant Commanding Officer because he was not properly served.

Under FRCP 4(e)(2), service on an individual may be accomplished by:

> delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein or by delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process. FRCP 4(e)(2).

In this case, defendant Commanding Officer was not personally served.  The Affidavit of Service filed by plaintiff states that the United States Marshal served defendant Commanding Officer by leaving copies of the Summons and Complaint with Officer T.D. Bradley at 100 43rd St., NE, Washington, DC 20019 on 8/11/05.  However, the Process Receipt and Return of

---

[1] Named defendants the District of Columbia, Officer Davis, and Officer David Tucker have been dismissed from the case.

3

Service states in the remarks section at the bottom of the page that the Marshal, "Spoke with Officer T.D. Bradley-she stated that the commander was on vacation for two weeks."

Hence, Defendant Commanding Officer was not properly served and plaintiff's proof of service must be quashed. In addition, the 120-day period for affecting proper service has expired. Therefore, plaintiff's service on defendant Commanding Officer was improper and the Complaint as against him should be dismissed.

                              Respectfully submitted,

                              ROBERT J. SPAGNOTLETTI
                              Attorney General for the District of Columbia
                              GEORGE C. VALENTINE
                              Deputy Attorney General, Civil Litigation Division

                              _____
                              HOLLY JOHNSON
                              Chief, General Litigation Section III

                              _____
                              Steven J Anderson
                              Assistant Attorney General
                              Bar no. 334480
                              Suite 600s
                              441 4th Street, NW, Room 6S109
                              Washington, DC  20001
                              (202) 724-6607 (202) 727-3625 (fax)
                               E-mail: Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOSES BELL, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-1372 JR |
| : | |
| DISTRICT OF COLUMBIA, *et. al.*, : | |
| : | |
| Defendants. : | |

## ORDER

UPON CONSIDERATION of defendant District of Columbia's Motion to Quash Plaintiff's Proof of Service on the Commanding Officer of the Sixth District and to Dismiss the Plaintiff's Complaint as to this defendant, the Memorandum of Points and Authorities in Support thereof, any opposition filed thereto, the record herein, and for good cause shown, it is by the Court this _____ day of July 2006,

ORDERED that defendant's motion is hereby GRANTED; and it is further

ORDERED that Defendant "Commanding Officer of the Sixth District" is dismissed as a defendant.

_____
JAMES ROBERTSON
United States District Judge

Copies to:

Moses Bell
R04961-007
RIVER CORRECTIONAL INSTITUTION
P.O. Box 630
Winton, NC 27986
PRO SE

Steven J. Anderson
Assistant Attorney General
441 4th Street, NW, 6S012
Washington, DC  20001

5