UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOSES BELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-1372 (JR) |
| | ) |
| CITY OF WASHINGTON, D.C., et al. | ) |
| | ) |
|     Defendants. | ) |

### ORDER

Defendants Anthony Williams and Charles Ramsey have filed a motion to dismiss the case. Plaintiff is proceeding *pro se*. The Court will rule on defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case.

If plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that plaintiff shall respond to the defendants' motion to dismiss [29] within 30 days of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded.

                                                                                           _____
                                                                                           JAMES ROBERTSON
                                                                                           United States District Judge

DATE: July 18, 2006