UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOSES BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-1372 (JR) |
| | ) |
| CITY OF WASHINGTON, D.C., et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendants Anthony Williams and Charles Ramsey have filed a motion to dismiss the case. Plaintiff is proceeding *pro se*. The Court advised plaintiff that if he failed to respond to this motion by August 18, 2006, the Court could assume that the motion was conceded and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Plaintiff has not filed a response to the motion. Accordingly, it is

**ORDERED** that defendants' motion to dismiss [29] is **GRANTED**.


JAMES ROBERTSON
United States District Judge