# Motion for Extension

October 6, 2006

Bell v. City Washington DC et al
Civil Docket for Case # 1:05-C-V-01372
Assigned to Judge James Robertson

To The Honorable Judge Robertson

    I, Moses Bell, am writing to notify the court that I am requesting an extension for the above mentioned case. At the time that the motion from Mr. Steven J. Anderson was originally to me it was sent to the incorrect address, since I was not at the Washington, DC City Jail at that time. I was at the Re-Entry and Sanctions Center at Carrick Hall participating in a 30 day substance abuse pretreatment and evaluation program. Since that time I have been transferred by CSOSA to the Phoenix Program in Arlington, VA for a 90 day substance abuse program. I have attached a letter from my counselor Michael Britt, which indicates my current residency and participation in the Phoenix Program.

Respectfully Submitted,

Moses Bell

*[handwritten annotation: 10/24/06 leave to file granted /s/ JR]*

**RECEIVED**

OCT 24 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



# Vanguard Services Unlimited

521 N. Quincy Street • Arlington, VA 22203 • (703) 841-0703 • Fax (703) 841-2316 • www.vanguardservices.org

**BOARD MEMBERS**

**Chair**
Darlene Nipper
Professional Consultant

**Vice Chair**
Daphne Miller
Life Coach
Treehouse Partners

**Secretary**
Kitty Clark Stevenson
President/Owner
ABLEN Consulting

**Treasurer**
Kevin Sweeney
Partner
John & Hengerer

**President/CEO**
Deborah Simpson Taylor
Vanguard Services Unlimited

**Directors**
Bruce McLeod, Chair, VHG
Senior Vice President
Commonwealth Consultants

Mark Hawkins, Chair VF
Vice President
Virginia Health Care Consultants, Inc.

Gloria Carl
Accounts Payable/Bookkeeper
SMCI

Edward Cousins
Edward C. Cousins & Associates, LLC

Michael Jacobs
Substance Abuse Counselor
City of Alexandria

William Howland
Director
D.C. Department of Public Works

Mary Hughes Hynes
Member
Arlington School Board

October 6, 2006

To Whom It May Concern:

This letter serves as verification of residence in the Phoenix Program for Mr. Moses Bell. Mr. Bell receives mail at this address and lives here—with a sleeping quarter. Mr. Bell was admitted to the program on September 27, 2006. His estimated discharge date is December 26, 2006.

The Phoenix Program is a residential drug and alcohol treatment center, located at 521 N. Quincy St., Arlington, Virginia 22203. The Phoenix Program is owned and operated by Vanguard Services Unlimited.

If you have any questions, feel free to call me at (703)841-0703 x252.

Sincerely,

Michael Britt, MS
Michael Britt, MS
Primary Counselor





Docket Case #1:05-C-V-01372

**LEADERS IN ADDICTION RECOVERY**

**Deep Run Lodge**
Goldvein, VA
540.752.4619

**Demeter House**
Arlington, VA
703.553.9365

**Independence House**
Arlington, VA
703.243.0964

**Halfway Home**
Ellicott City, MD
410.313.1458

**Nuevo Día**
Arlington, VA
703.841.0660

**Lawrence Court**
Rockville, MD
301.251.8920

**Phoenix Program**
Arlington, VA
703.841.0660

**Re-Entry/Demeter Phase II**
Arlington, VA
703.841.0660

**Vanguard Counseling Center**
Arlington, VA
703.920.1440