United States District Court
For The District Of Columbia

**Plaintiff**
Moses Bell

V.

Civil Action NO.
1:05-1372-JR

**Defendant**
City of Washington, D.C.

**Plaintiff Motion for Reconsideration**

I, Moses Bell am submitting this Motion for Reconsideration to Reopen the Case Bell v. City of Washington DC Case # 1:05-C-V-01372. The Original motion sent out by Mr. Steven J. Anderson was sent to the Wrong Address as noted In my Request for an Extension. I have change address and forwared change of address notices to the Court after each Time I moved to another facility. The Original motion was sent to an address that I was never residing.

Respectfully Submitted,
Moses Bell

*Moses Bell*

RECEIVED
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFCATE OF SERVICE

I Moses Bell will mail a copy of this motion.

To: Mr. Steven J. Anderson, Office of Corporation Counsel, 441 Fourth Street, NW. Suite 600 S Washington, DC. 20001

This will be mailed off. 11-17-06

*Moses Bell*
11-16-06