**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOSES BELL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1372 (JR) |
| CITY OF WASHINGTON, D.C., *et al.*, | : |
| Defendants. | : |

**ORDER**

Upon consideration of plaintiff's motion for reconsideration [#34], it is **ORDERED** that plaintiff may have 30 days from the date of this order to file a response to defendant's motion to dismiss [#29]. The Clerk is directed to send a copy of the motion to dismiss to plaintiff with this order.

JAMES ROBERTSON
United States District Judge