UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOSES BELL,                          :

       Plaintiff,               :   Civil Action No. 05-1372 (JR)

V.                                   :

CITY OF WASHINGTON, D. C., et  :
AL.,

## RESPONES TO MOTION TO DISMISS

I Moses Bell am not going to let the following defendants off of the case reason being that the sixth district precincts is over seen by the (Commanding Office) who's over seen By the chief (Charles Ramsey,) who's over seen by the Mayor (Anthony Williams) who Answer to the City of Washington D.C. Officer (Davis and Tucker) work for the City police department. And I feel though that the defendants above should be hell accountable for the action that was taking place by Office (Davis) but I already dismiss officer (Tucker) from the case.

RECEIVED

DEC 0 6 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT