UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOSES BELL,                              :
                                         :
       Plaintiff,                        :
                                         :
   v.                                    :   Civil Action No. 05-1372 (JR)
                                         :
CITY OF WASHINGTON, D.C., *et*           :
*al.*,                                   :
                                         :
       Defendants.                       :

## ORDER

The government's motion to dismiss [29] was granted October 18, 2006 [31] after plaintiff failed to respond. When plaintiff moved for reconsideration [34] complaining that he had not received the motion to dismiss, he was given additional time to respond [35]. Within that extended period, plaintiff did file a statement that was docketed as an opposition to the motion to dismiss [36], but the statement contained no facts or legal argument -- nothing substantive in opposition to the motion to dismiss. It is accordingly **ORDERED** that the plaintiff's motion for reconsideration [34] is **denied**. This case is now closed. This is a final, appealable order.

                                                  JAMES ROBERTSON
                                     United States District Judge